IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL CAREF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 02 C 0500 |
| ) | Judge Bucklo |
| BOARD OF EDUCATION OF THE CITY OF ) | Magistrate Judge Ashman |
| CHICAGO, PAUL VALLAS, individually, and in ) | |
| his official capacity as Chief Executive Officer of ) | |
| the Chicago Public Schools, BETTY ) | |
| DESPENZA-GREEN, individually, and in her ) | |
| official capacity as Principal of The Chicago ) | |
| Vocational Career Academy, a sub unit of the ) | |
| Chicago Public Schools, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on this 6th day of February, 2003, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**, a true and correct copy of which is attached hereto.

Respectfully submitted,

By: /s/ Mary L. Mikva

One of Plaintiff's Attorneys

Mary L. Mikva
ABRAHAMSON VORACHEK & MIKVA
120 North LaSalle Street, Suite 1050
Chicago, Illinois 60602
(312) 263-2698



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CAROL CAREF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 02 C 0500 |
| | ) Judge Bucklo |
| BOARD OF EDUCATION OF THE CITY OF | ) Magistrate Judge Ashman |
| CHICAGO, PAUL VALLAS, individually, and in | ) |
| his official capacity as Chief Executive Officer of | ) |
| the Chicago Public Schools, BETTY | ) |
| DESPENZA-GREEN, individually, and in her | ) |
| official capacity as Principal of The Chicago | ) |
| Vocational Career Academy, a sub unit of the | ) |
| Chicago Public Schools, | ) |
| | ) |
| Defendants. | ) |

DOCKETED FEB 0 7 2003

FILED FEB - 6 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Carol Caref, and Defendants Board of Education of the City of Chicago, Paul Vallas, and Betty Despenza-Green, through their undersigned attorneys, hereby agree and stipulate to dismiss the above-captioned matter with prejudice, with costs to be born by each party.

| CAROL CAREF | BOARD OF EDUCATION OF THE CITY OF CHICAGO |
|---|---|
| By: *Mary L. Mikva* | By: *Susan M. O'Keefe* |
| Mary L. Mikva | Susan M. O'Keefe |
| ABRAHAMSON VORACHEK | Board of Education of the City of Chicago - |
| & MIKVA | Law Department |
| 120 North LaSalle Street, Suite 1050 | 125 South Clark Street, Suite 700 |
| Chicago, IL 60602 | Chicago, IL 60603 |
| (312) 263-2698 | (773) 553-1693 |

**PAUL VALLAS and BETTY DESPENZA-GREEN**

By: *James J. Seaberry*
James J. Seaberry, Jr., Esq.
Assistant General Counsel
General Litigation Division
Chicago Board of Education - Law Department
125 S. Clark Street, Suite 700
Chicago, IL 60603
(773) 553-7300



## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that true and correct copies of the above and foregoing **NOTICE OF FILING** and **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** was served upon:

Susan M. O'Keefe, Esq.
Senior Assistant General Counsel
Board of Education of the City of Chicago – Law Department
125 South Clark Street, Suite 700
Chicago, Illinois 60603

James J. Seaberry, Jr., Esq.
Assistant General Counsel
General Litigation Division
Chicago Board of Education - Law Department
125 S. Clark Street, Suite 700
Chicago, IL 60603

by first placing copies of same in postage prepaid envelopes, properly addressed, and depositing same in the United States Mail located at 120 North LaSalle Street, Chicago, IL 60602 on or before the hour of 5:00 p.m. this 6th day of February, 2003.

_____
Mary L. Mikva